SIRIUS SATELLITE RADIO,
INC., Plaintiff–Appellant,

v.

ACACIA RESEARCH CORPORATION
and Acacia Global Acquisition Corp.,
Defendants–Appellees.

No. 2006–1299.

United States Court of Appeals,
Federal Circuit.

July 7, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).